# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES L. DEIDEL,** | ) | 7:04CV5009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation (Filing No. 42) of the parties that the above-captioned action be dismissed, with prejudice, each party to pay their own costs, and complete record waived.  The Court, being fully advised in the premises, finds that such an order should be entered.  Accordingly,

IT IS ORDERED that the stipulation (Filing No. 42) is adopted and this action is dismissed, with prejudice, each party to pay their own costs and complete record waived.

DATED this 3rd day of June, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge